IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LATONIA WALKER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-241-L** |
| | § | |
| **ROSS DRESS FOR LESS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE

Before the court is the parties' Agreed Stipulation of Dismissal with Prejudice ("Stipulation") (Doc. 16), filed February 8, 2024. The parties have submitted a proposed order of dismissal. As the Stipulation has been signed by all parties who have appeared, no court order is required, and this action and all claims asserted by or against these parties are **dismissed with prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court **declines** to issue one. Per the Stipulation, the parties shall bear their own costs and attorney's fees.

**Filed** this 9th day of February, 2024.

Sam A. Lindsay
United States District Judge

Notice – Solo Page